UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

October 27, 2003

10:00 a.m.

3-02-cv-1981   (DJS) Birrell v Matrix Logistics
-----------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Steven David Ecker | Cowdery, Ecker & Murphy, 750 Main St. Suite 910, Hartford, CT 860-278-5555 |
| Tammy Marzigliano | Klebanoff & Phelan, PC, 433 S. Main St. Suite 117, West Hartford, CT 860-313-5005 |
| Gary Edward Phelan | Klebanoff & Phelan, PC, 433 S. Main St. Suite 102, West Hartford, CT 860-313-5005 |
| Gary A. Stahl | King Pagano & Harrison, 425 Park Ave., 29th Fl., New York, NY 212-223-4000 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf held w/ TPS 10/27 — Did not settle*
*Time: 7 hrs.*