UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BIRRELL,
    Plaintiff

- v -    Civil No. 3-02-CV-1981(DJS)

MATRIX LOGISTICS,
    Defendant

## MEMORANDUM AND ORDER

A settlement conference was held in this case October 27, 2003. The case has been settled. The parties will file the appropriate papers within 30 days, by December 12, 2003.

Dated at Hartford, Connecticut, this 13th day of November, 2003.

Thomas P. Smith
United States Magistrate Judge