## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------------- x
: 
JAMES BIRRELL,                          :
:                    FILED
            Plaintiff,              :    2003 DEC -4  P 3: 28
:
v.                                  :    Case No. 3:02 CIV 1981(DJS)
:                    US DISTRICT COURT
:                    HARTFORD CT
:    STIPULATION
:    **DISMISSING ACTION**
MATRIX INTERNATIONAL                    :
LOGISTICS,                              :    November 24, 2003
:
            Defendant.              :
:
------------------------------------------------------------- x

    IT IS HEREBY STIPULATED and agreed by among the undersigned counsel for the respective parties in this action that pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is dismissed in all respects, with prejudice, and without costs to either party.

Dated: November 24, 2003

                                                                                 Respectfully submitted,

**KING, PAGANO & HARRISON**                 **GARY PHELAN, LLC**

By: _[signature]_                                 By: _[signature]_
     Gary A. Stahl, Esq.                         Gary Phelan, Esq.
425 Park Avenue                              433 South Main Street, Suite 117
New York, New York 10022                West Hartford, Connecticut 06110
Tel. (212) 223-4000                         Tel. (860) 313-5005
Fax (212) 223-4134                         Fax: (860) 313-5350
e-mail: gstahl@kph.com                    e-mail: phelanlaw@snet.net

    - and -                                        Attorney for Plaintiff James Birrell

COWDERY, ECKER & MURPHY, L.L.C.

By: _____
      Steven D. Ecker, Esq.
750 Main Street
Hartford, Connecticut 06103
Tel. (860) 278-5555
Fax (860) 249-0012
e-mail: ecker@cemlaw.com

Attorneys for Defendant
Matrix International Logistics, Inc.