UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2003 DEC 18 P 12: 20

U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| **JAMES BIRRELL**<br>    Plaintiff | : | |
| v. | : | CIVIL NO.: 3:02cv1981(DJS) |
| **MATRIX INTERNATIONAL LOGISTICS**<br>    Defendant | : | |

### ORDER

The Stipulation Dismissing Action (Doc. #27) with prejudice is hereby **GRANTED**.

**The Clerk shall close this case.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __18th__ day of December, 2003.

_____
Dominic J. Squatrito
United States District Judge

AO 72A
(Rev.8/82)